| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, SBN #122664 |
| | Federal Defender |
| 2 | JEROME PRICE, SBN # 282400 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, CA 95814 |
| | Telephone: (916) 498-5700 |
| 5 | Fax: (916) 498-5710 |
| 6 | Attorneys for Defendant |
| | AARON LINDSEY |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:17-cr-00125-JAM |
|---|---|
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER TO** |
| vs. | ) **CONTINUE STATUS CONFERENCE AND** |
| | ) **EXCLUDE TIME** |
| AARON LINDSEY, | ) |
| | ) |
| Defendant. | ) Date: October 24, 2017 |
| | ) Time: 9:15 a.m |
| | ) Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Jason Hitt, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Jerome Price, attorney for Aaron Lindsey, **that the status conference scheduled for October 24, 2017 be vacated and continued to December 5, 2017 at 9:15 a.m.**

Defense counsel requires additional time to continue investigating the facts of the case, reviewing discovery and negotiating a resolution to this matter.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including December 5, 2017, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

///

Stipulation and Order to Continue the Status Conference and Exclude Time      -1-      *U.S. v. Aaron Lindsey*, 2:17-cr-00125-JAM

| | | |
|---|---|---|
| | | Respectfully submitted, |
| | | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: October 19, 2017 | | */s/ Jerome Price*<br>JEROME PRICE<br>Assistant Federal Defender<br>Attorneys for Defendant<br>AARON LINDSEY |
| Date: October 19, 2017 | | PHILLIP A. TALBERT<br>United States Attorney |
| | | */s/ Jason Hitt*<br>JASON HITT<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

## ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including December 5, 2017, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It is further ordered the October 24, 2017 status conference shall be continued until December 5, 2017, at 9:15 a.m before Hon. John A. Mendez.**

Dated: October 19, 2017        /s/ John A. Mendez_____
                               HON. JOHN A. MENDEZ
                               United States District Court Judge