TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
11930 Heritage Oak Place, Suite 6
Auburn, CA 95603
Telephone: (530) 885-6244
Facsimile: (530) 885-8245

Attorney for Defendant
AARON LEWIS LINDSEY

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:17-cr-00125-JAM |
| Plaintiff, | **STIPULATION REGARDING CONTINUANCE OF STATUS CONFERENCE; FINDINGS AND ORDER** |
| v. | |
| AARON LEWIS LINDSEY | |
| Defendant. | |

## STIPULATION

The defendant, Aaron Lewis Lindsey, by and through his counsel, Toni White, and the Government, by and through its counsel, Jason Hitt, hereby stipulate as follows:

1.      By previous order, this matter was set for status on January 23, 2018

2.      By this stipulation, defendant now moves to continue the status conference until February 20, 2018, and to exclude time between January 23, 2018, and February 20, 2018, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The Court signed an order substituting Ms. White as counsel for defendant on January 10, 2018.

        b)      Counsel for defendant desires this time to continue to consult with her client, to review the current charges, to conduct investigation and research related to the charges, to

review the discovery, and to discuss potential resolutions with her client and otherwise prepare for trial.

c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 23, 2018 to February 20, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///

///

///

///

///

///

///

///

///

///

///

Stipulation and [Proposed] Order for Continuance of
Status Hearing and for Exclusion of Time

1     ///

2         4.      Nothing in this stipulation and order shall preclude a finding that other provisions of

3     the Speedy Trial Act dictate that additional time periods are excludable from the period within which

4     a trial must commence.

5

6         IT IS SO STIPULATED.

7

8
      Dated:  January 22, 2018                    PHILLIP A. TALBERT
9                                                 Acting United States Attorney

10
                                                  /s/ JASON HITT
11                                                JASON HITT
                                                  Assistant United States Attorney
12

13
      Dated:  January 22, 2018                    /s/ TONI WHITE
14                                                TONI WHITE
                                                  Counsel for Defendant
15                                                AARON LEWIS LINDSEY

16

17

18
                                **FINDINGS AND ORDER**
19
            IT IS SO FOUND AND ORDERED this 22nd day of January, 2018.
20

21
                                                  /s/ JOHN A. MENDEZ
22                                                THE HONORABLE JOHN A. MENDEZ
                                                  UNITED STATES DISTRICT JUDGE
23

24

25

26

27

28