1  TONI H. WHITE (SBN 210119)
   ATTORNEY AT LAW
2  11930 Heritage Oak Place, Suite 6
   Auburn, CA 95603
3  Telephone: (530) 885-6244
   Facsimile: (530) 885-8245
4

5  Attorney for Defendant
   AARON LEWIS LINDSEY
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              CASE NO. 2:17-cr-00125-JAM

12                    Plaintiff,           **STIPULATION REGARDING**
                                           **CONTINUANCE OF STATUS**
13  v.                                     **CONFERENCE; FINDINGS AND**
                                           **ORDER**
14  AARON LEWIS LINDSEY

15                    Defendant.

16

17                          **STIPULATION**

18       The defendant, Aaron Lewis Lindsey, by and through his counsel, Toni White, and the

19  Government, by and through its counsel, Jason Hitt, hereby stipulate as follows:

20       1.     By previous order, this matter was set for status on April 10, 2018

21       2.     By this stipulation, defendant now moves to continue the status conference until May

22  15, 2018 at 9:15 a.m., and to exclude time between April 10, 2018, and May 15, 2018 at 9:15 a.m.,

23  under Local Code T4.

24       3.     The parties agree and stipulate, and request that the Court find the following:

25            a)     Counsel for the Government and counsel for the defendant continue to work

26  together in this matter toward a resolution.

27            b)     Counsel for defendant desires this time to continue to review discovery, to

28  continue to consult with her client, review the current charges, conduct investigation and

Stipulation and [Proposed] Order for Continuance of
Status Hearing and for Exclusion of Time

research related to the charges and to discuss potential resolutions with her client and otherwise prepare for trial.

c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 10, 2018 to May 15, 2018 at 9:15 a.m., inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///

///

///

///

///

///

///

///

///

///

///

Stipulation and [Proposed] Order for Continuance of
Status Hearing and for Exclusion of Time

///

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.


IT IS SO STIPULATED.


Dated:  April 3, 2018                    PHILLIP A. TALBERT
                                         Acting United States Attorney


                                         /s/ JASON HITT
                                         JASON HITT
                                         Assistant United States Attorney


Dated:  April 3, 2018                    /s/ TONI WHITE
                                         TONI WHITE
                                         Counsel for Defendant
                                         AARON LEWIS LINDSEY


### FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 6th day of April, 2018


                                         /s/ John A. Mendez
                                         THE HONORABLE JOHN A. MENDEZ
                                         UNITED STATES DISTRICT COURT JUDGE

Stipulation and [Proposed] Order for Continuance of
Status Hearing and for Exclusion of Time