TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
11930 Heritage Oak Place, Suite 6
Auburn, CA 95603
Telephone: (530) 885-6244
Facsimile: (530) 885-8245

Attorney for Defendant
AARON LEWIS LINDSEY

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AARON LEWIS LINDSEY<br><br>Defendant. | CASE NO. 2:17-cr-00125-JAM<br><br>**STIPULATION REGARDING CONTINUANCE OF STATUS CONFERENCE; FINDINGS AND ORDER** |

## STIPULATION

The defendant, Aaron Lewis Lindsey, by and through his counsel, Toni White, and the Government, by and through its counsel, Jason Hitt, hereby stipulate as follows:

1. By previous order, this matter was set for status on July 31, 2018

2. By this stipulation, defendant now moves to continue the status conference until August 21, 2018 at 9:15 a.m., and to exclude time between July 31, 2018, and August 21, 2018 at 9:15 a.m., under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) Counsel for the Government and counsel for the defendant continue to work together in this matter toward a resolution. A first draft of a plea agreement has been exchanged and counsels have since had ongoing discussion about resolution. Two counter-offers have been made. Defense counsel is awaiting receipt of defendant's parole records and

has raised issues relating to errors on defendant's criminal history report as those items may impact resolution.

      b)    Counsel for defendant desires this time to continue to review discovery, to continue to consult with her client, review the current charges, conduct investigation and research related to the charges and to discuss potential resolutions with her client and otherwise prepare for trial.

      c)    Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)    The government does not object to the continuance.

      e)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 31, 2018 to August 21, 2018 at 9:15 a.m., inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///

2

Stipulation and [Proposed] Order for Continuance of
Status Hearing and for Exclusion of Time

///

///

///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: July 27, 2018            PHILLIP A. TALBERT
Acting United States Attorney

/s/ JASON HITT
JASON HITT
Assistant United States Attorney

Dated: July 27, 2018            /s/ TONI WHITE
TONI WHITE
Counsel for Defendant
AARON LEWIS LINDSEY

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 27th day of July, 2018

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

Stipulation and [Proposed] Order for Continuance of
Status Hearing and for Exclusion of Time

3