UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AARON LEWIS LINDSEY,<br><br>Defendant. | Case No. 2:17-CR-00125 JAM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  AARON LEWIS LINDSEY ,

Case No. 2:17-CR-00125 JAM  Charge 21 U.S.C. § 841 (a)(1) – Possession with Intent to Distribute Heroin; 18 U.S.C. § 922(g)(1) – Felon in Possession of Firearm, from custody for the following reasons:

\_\_\_\_\_ Release on Personal Recognizance

\_\_\_\_\_ Bail Posted in the Sum of $ _____

\_\_\_\_\_ Unsecured Appearance Bond $ _____

  X   (Other): Defendant sentenced to time served pursuant to the Amended Judgment and Commitment filed on 10/11/2019.

Issued at Sacramento, California on October 11, 2019.


By:  /s/ John A. Mendez
    HONORABLE JOHN A. MENDEZ
    United States District Court Judge