UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
March 15, 2022
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

AARON LEWIS LINDSEY,

Defendant.

Case No. 2:17-cr-00125 JAM

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  AARON LEWIS LINDSEY , Case No. 2:17-cr-00125 JAM  Charge 18 U.S.C. § 3606 , from custody for the following reasons:

\_\_\_\_  Release on Personal Recognizance

\_\_\_\_  Bail Posted in the Sum of $ \_\_\_\_

\_\_\_\_  Unsecured Appearance Bond $ \_\_\_\_

\_\_\_\_  Appearance Bond with 10% Deposit

\_\_\_\_  Appearance Bond with Surety

\_\_\_\_  Corporate Surety Bail Bond

**X**  (Other): Mr. Lindsey is ORDERED released on March 16, 2022, at 9:00 AM and shall immediately participate in a 90-day inpatient substance abuse treatment program at WellSpace Health.

Issued at Sacramento, California on March 15, 2022 at 10:16 AM

By: *[signature]*

THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE