TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. BOX 1081
El Dorado, CA. 95623
(530) 885-6244

Attorney for Defendant
AARON LINDSEY

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>AARON LEWIS LINDSEY,<br><br>　　　　Defendant. | No. 2:17-cr-00125-JAM<br><br>**STIPULATION AND ORDER**<br><br>Date:　September 17, 2024<br>Time:　9:00 am<br>Dept:　Honorable Judge John A. Mendez |

　　　　The Government, by and through its counsel of record, Jason Hitt, and defendant Aaron Lindsey, by and through defendant's counsel of record, Toni White, hereby stipulate as follows:

1.　Mr. Lindsey admitted violations of supervised release on August 20, 2024. ECF No. 74.

2.　By previous order, this matter was set for disposition hearing on September 17, 2024.

3.　The dispositional memorandum was filed today. ECF No. 75.

4.　Defense counsel needs additional time to review the dispositional memorandum with Mr. Lindsey. Additionally, the defense is awaiting medical records needed for disposition.

5.　By this stipulation, defendant now moves to continue the dispositional hearing until October 22, 2024.

1

6. Neither the Government nor probation officer object to the continuance.

IT IS SO STIPULATED.

Dated: September 10, 2024

          PHILLIP A. TALBERT
          United States Attorney

          /s/ JASON HITT for
          JASON HITT
          Assistant United States Attorney

Dated: September 10, 2024      /s/ TONI WHITE
          TONI WHITE
          Counsel for Defendant
          RUSTY RYCRAFT

**ORDER**

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court **VACATES** the September 17, 2024 disposition hearing and **RESETS** the matter for disposition hearing on **October 22, 2024, at 9:00 a.m.**

IT IS SO ORDERED.

Dated: September 13, 2024          /s/ John A. Mendez
                                                    THE HONORABLE JOHN A. MENDEZ
                                                    SENIOR UNITED STATES DISTRICT JUDGE