TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. BOX 1081
El Dorado, CA. 95623
(530) 885-6244

Attorney for Defendant
AARON LINDSEY

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>v.<br><br>AARON LEWIS LINDSEY,<br><br>　　　Defendant. | No. 2:17-cr-00125-JAM<br><br>**REQUEST AND ORDER**<br><br>Date:　October 22, 2024<br>Time:　9:00 am<br>Dept:　Honorable Judge John A. Mendez |

By previous order, this matter was set for disposition hearing on October 22, 2024. Mr. Lindsey admitted violations of supervised release on August 20, 2024. ECF No. 74. Defense counsel is in contact with Mr. Lindsey's social worker at the Veteran's Administration about Mr. Lindsey's needs and services that have been, and can be, offered. This information relates to defense counsel's mitigation preparation and is ongoing. Defense counsel needs additional time to obtain the recommendation of the social worker and receive additional medical records. Defense counsel requests that the disposition hearing be continued until November 5, 2024 to allow for this continued preparation.

　　　Probation has no objection to this request to continue. Defense counsel has been, and is

currently suffering from temporary illness (cold/flu) and has been delayed in getting this request before the Government. The request to continue was presented to AUSA Jason Hitt this morning at approximately 11:00 a.m. via email and no response has been received. The Government's position remains unknown at this time.

Dated:  October 15, 2024                             /s/ TONI WHITE
                                                                TONI WHITE
                                                                Counsel for Defendant
                                                                AARON LINDSEY

# ORDER

The Court hereby **GRANTS** defense counsel's unopposed request to continue. The Court **VACATES** the October 22, 2024 dispositional hearing and **RESETS** the matter to **November 12, 2024, at 9:00 a.m.**[1]

IT IS SO ORDERED.

Dated: October 16, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] November 05, 2024, is no longer an available date.